| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>KELLY BEAUDIN STAPLETON<br>UNITED STATES TRUSTEE, REGION 3<br>Mitchell B. Hausman, Esquire (MH 1464)<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993 |  |
| In Re:<br><br>Armando and Karen Duarte<br><br>Debtor | Case No.: 06-15788 (RG)<br><br>Chapter 11<br><br>Hearing Date: October 23, 2006<br><br>Judge: Rosemary Gambardella |

## ORDER DIRECTING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

10/25/06                    USBT

(Page 2)

Armando and Karen Duarte

Chapter 11 Case No. 06-15788(RG)

**Order Directing the Appointment of Chapter 11 Trustee**

---

This matter having been opened by the Court *sua sponte* at the hearing to Approve the Sale of Real Property and for reasons stated on the record, it is

**ORDERED** that the United States Trustee is directed to appoint a Chapter 11 Trustee.