UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE, REGION 3
Mitchell B. Hausman, Esquire (MH 1464)
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993



In Re:

Armando Duarte and Karen Duarte

Debtor

Case No.: 06-15788 (RG)

Chapter 11

Hearing Date:

Judge: Rosemary Gambardella

## ORDER APPROVING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
## BY UNITED STATES TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

10/27/06    USBJ

**(Page 2)**

Armando Duarte and Karen Duarte

Chapter 11, Case No. 06-15788 (RG)

**Order Approving the Appointment of a Chapter 11 Trustee**

---

The Court having considered the application submitted by the United States Trustee for the entry of an order approving the appointment of David Wolff in the above-captioned case, it is hereby;

**ORDERED** that the appointment of David Wolff as the Chapter 11 the trustee is **APPROVED.**